UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRIAN C. BARBICK, THE SADDLEBACK VALLEY SURGICAL-MEDICAL GROUP and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.:  CV10-3062 RGK (AJWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Based on the request for dismissal filed by plaintiff Guardian Life Insurance Company of America, and in that the defendants have not appeared in the action, the Court hereby dismisses the above captioned matter with prejudice.

IT IS SO ORDERED.

Dated: August 25, 2010          _____

The Honorable **R. Gary Klausner**
United States District Court

ORDER RE: DISMISSING ENTIRE ACTION WITH PREJUDICE
USDC CDCA Case No.: CV10-3062 RGK (AJWx)
575838.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

USDC CDCA Case No.: CV10-3062 RGK (AJWx)
575838.1